# ERIKA A. KELLERHALS, P.C.
ATTORNEYS AT LAW

GREG J. FERGUSON

TEL: (340) 779-2564
FAX: (340) 774-3019
GREG@KELLERHALSPC.COM

MAILING ADDRESS:
P.O. Box 608, ST. THOMAS, VI 00804-0608

PHYSICAL ADDRESS:
41-42 KONGENS GADE, ST. THOMAS, VI 00802

## FREEDOM OF INFORMATION ACT REQUEST

February 3, 2009

**<u>VIA Express Mail</u>**

Ms. Stephanie Browne
Disclosure Office 4
MS 7000 CHI Room 2820
230 S. Dearborn Street
Chicago, IL 60604

Dear Ms. Browne:

The following request is made pursuant to the Freedom of Information Act, as codified in 5 U.S.C. § 552, as amended ("FOIA"). We respectfully request all documents[1], records, opinions, correspondence, presentations and information in the possession of any component of the United States Internal Revenue Service ("IRS") **_including the Office of the National Taxpayer Advocate_**, regarding the applicability or inapplicability of the U.S. federal statute of limitations to taxpayers who take the position that they are bona fide residents of the United States Virgin Islands ("USVI") for purposes of the income tax. The documents requested include, but are not limited to, statements of policy and interpretations adopted by the IRS and its divisions, but not published in the Federal Register, administrative staff manuals and instructions to the staff and agents of the IRS regarding the application of the U.S. federal statute of limitations, and all documents produced in conjunction with or after the adoption of Notice 2007-19 and Notice 2007-31, including all post-decisional documentation and correspondence.

We would appreciate your prompt attention to this request. All records and information should be disclosed to us using the office address above. We hereby agree to pay all applicable fees associated with this FOIA request.

---

[1] The term "Documents" is used in the broadest sense and includes any written, typed, photostatic, recorded or otherwise visually reproduced communications or representations, whether comprised of letters, words, numbers, pictures, sounds, symbols or any combination thereof. It refers to all written, printed, typed, graphically, visually or aurally reproduced material of any kind, or other means of preserving thought or expression, and all tangible things from which information can be process or transcribed.

*FOIA Request Letter*
Ms. Stephanie Browne
February 3, 2009
Page **2** of **2**

---

The information requested above does *not* include information relating to: classified documents pertaining to national defense and foreign policy; internal personnel rules and practices; information exempt under other laws; trade secrets and confidential commercial or financial information; personal privacy; law enforcement; financial institutions; or geological information.

If you deny all or any part of this request, please cite each specific exemption you think justifies your refusal to release the information and notify us of appeal procedures available under the law.

If you have any questions of handling this request, please do not hesitate to contact us at 340-779-2564.

Thank you for your assistance in this matter.

Sincerely,

Greg J. Ferguson