

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Erika A. Kellerhals. P.C
Attn: Greg J. Ferguson
P.O. Box 608
St. Thomas, VI. 00804-0608

In re: FOIA Request —

Dear Mr. Ferguson:

This is in reference to your Freedom of Information Act (FOIA) request dated February 03, 2009 and received in our office on February 05, 2009. We were unable to respond to your request by March 06, 2009, which is the 20 business-day period prescribed by law. We apologize for any inconvenience this delay may cause. You may expect a response by April 06, 2009. Since an administrative appeal is limited to a denial of records, it does not apply in this situation. However, you may instead file suit after the statutory time period for response has lapsed.

The FOIA process is not an additional avenue of recourse during administrative tax proceedings; it merely provides access to existing records. Extending the time period for our response to your request has no bearing on any ongoing tax matter such as the collection due process or an examination appeal.

In certain situations the FOIA allows us to invoke an additional ten-day statutory extension. To respond to your request, we require additional time to search for and collect the requested records from other locations. Therefore, we have extended the statutory response date (after which you can file suit), to March 20, 2009, as provided for in the FOIA (5 U.S.C. 552(a)(6)(B)) and its regulations (31 C.F.R. 1.5(j)).

We realize we will be unable to locate and consider releasing the Internal Revenue Service records covered by your request by the expiration of the statutory period. Therefore, we extended the response date to April 06, 2009, by which time we reasonably believe we can provide a final response to your request.

-2-

If you agree to this extension, no reply to this letter is necessary. If we subsequently deny your request, you still have the right to file an appeal. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below.

If you do not agree to an extension beyond the statutory period, and do not want to modify the scope of your request, you may file suit. See 5 U.S.C. 552(a)(6)(C)(i) and 31 C.F.R. 1.5(j). To file suit, you must petition the U.S. District Court where you live or work, where the records are located, or in the District of Columbia.

Your may file suit no earlier than April 06, 2009. Your petition will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

> Internal Revenue Service Appeals
> Attention: FOIA Appeals
> 5045 E. Butler Avenue
> M/Stop 55203
> Fresno, CA 93727-5136

If you have questions regarding this correspondence, you may contact Disclosure. Specialist, Mary B. Cooper, ID# 36-02375, by calling 312-566-3533 or writing to: Internal Revenue Service, 230 South Dearborn Street, Mail Stop 7000 CHI, Chicago, IL 60604. Please refer to case number 09-00742.

Sincerely,

*Mary B. Cooper*

Mary B. Cooper
Disclosure Specialist
District Office 4