

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

April 2, 2009

Greg J. Ferguson
Erika A. Kellerhals, P.C.
P. O. Box 608
St. Thomas, VI 00804-0608

Re: Residency Information for Virgin Island Taxpayers

Dear Mr. Ferguson:

This is a follow-up response to your Freedom of Information Act (FOIA) request of February 3, 2009, transferred from our Chicago Office and received in our office on March 24, 2009.

On March 5, 2009, Mary B. Cooper of our Chicago Office asked for more time to obtain the records you requested. I am still working on your request and need additional time for the originating offices to complete processing your request and for our review of their disclosure recommendations and direct response to you. I will contact you by June 26, 2009 if I am still unable to complete your request.

Once again, I apologize for any inconvenience this delay may cause.

Should you have any questions concerning this correspondence, you may contact me by calling (202) 283-7388 or by writing to: Internal Revenue Service, HQ Disclosure Office, Mail Stop C2-235, 5000 Ellin Road, Lanham, MD 20706. Please refer to case number 50-2009-00609.

Sincerely,

Janice P. Rudolph

Janice P. Rudolph, ID # 0218169
Tax Law Specialist
HQ Disclosure Office